# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: STOCKLEN, STEPHEN M. § Case No. 10-52771
      STOCKLEN, MARY L. §
      AMERICORP MORTGAGE §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 29, 2010. The undersigned trustee was appointed on November 29, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      18,651.61

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 12.50 |
| Bank service fees | 278.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 18,360.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing non-governmental claims in this case was 04/28/2011 and the deadline for filing governmental claims was 04/28/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,615.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,615.16, for a total compensation of $2,615.16.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2012              By:/s/RICHARD M. FOGEL
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 10-52771  
Case Name: STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
Period Ending: 05/10/12

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 11/29/10 (f)  
§341(a) Meeting Date: 01/25/11  
Claims Bar Date: 04/28/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence commonly known as 13753<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 298,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Condominium commonly known as 200 Park Ave. #228<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on Hand (approximate)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business Checking Account -2951 First Midwest Ba<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,088.19 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Account -8985 First Midwest Bank Balanc<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 355.75 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account -7112 First Midwest Bank Balanc<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 322.32 | 0.00 | DA | 0.00 | FA |
| 7 | Savings Account -8002 First Midwest Bank Balance<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 interest in Checking Account -3006 Standard<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1.86 | 1.86 | DA | 0.00 | FA |
| 9 | Checking Acct. -4000 Standard Bank Balance is ap<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 116.25 | 0.00 | DA | 0.00 | FA |
| 10 | Checking Account -9000 Standard Bank Balance is<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Business Checking Account - 3000 Standard Bank B<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 10-52771 | Trustee: | (330720) RICHARD M. FOGEL |
|---|---|---|---|
| Case Name: | STOCKLEN, STEPHEN M. | Filed (f) or Converted (c): | 11/29/10 (f) |
|  | STOCKLEN, MARY L. | §341(a) Meeting Date: | 01/25/11 |
| Period Ending: | 05/10/12 | Claims Bar Date: | 04/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Usual and typical household goods and furnishing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 600.00 | DA | 0.00 | FA |
| 13. Collection of LPs<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 350.00 | DA | 0.00 | FA |
| 14. Usual and typical wearing apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 15. Baby grand piano<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 100.00 | DA | 0.00 | FA |
| 16. $500,000 term life insurance through New York Li<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. Group Term Life Insurance through work<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. 100% of Americorp Mortgage Funding, Inc. Dissolv<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. 2002 Audi A6 Sedan 93,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 8,325.00 | 3,000.00 |  | 2,100.00 | FA |
| 20. 2005 Ford F150 85,850 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 15,660.00 | 2,133.00 | DA | 2,133.00 | FA |
| 21. 2005 Toyota Sienna 85,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 11,450.00 | 13,000.00 |  | 9,100.00 | FA |
| 22. 2009 KX 250 F Motorcycle<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 3,000.00 | 3,000.00 |  | 2,000.00 | FA |
| 23. 16-foot trailer | 2,000.00 | 2,000.00 |  | 977.08 | FA |

Case 10-52771   Doc 36   Filed 06/11/12   Entered 06/11/12 09:45:54   Desc Main
Document      Page 5 of 10

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-52771　　　　　　　　　　　　Trustee: (330720)　RICHARD M. FOGEL
Case Name: STOCKLEN, STEPHEN M.　　　　　　Filed (f) or Converted (c): 11/29/10 (f)
　　　　　　　STOCKLEN, MARY L.　　　　　　　§341(a) Meeting Date: 01/25/11
Period Ending: 05/10/12　　　　　　　　　　　Claims Bar Date: 04/28/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) |  |  |  |  |  |
| 24 | 1994 Checkmate Pulsare 21-foot bowrider w/ 1994<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | 3,500.00 | 3,500.00 |  | 2,340.80 | FA |
| 25 | office furniture, computers, etc.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2 dogs named "Molly" and "Ralphie"<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.73 | Unknown |
| 27 | Assets　Totals (Excluding unknown values) | $390,919.37 | $27,684.86 |  | $18,651.61 | $0.00 |

RE PROP# 19　Trustee authorized to sell estate's interest to debtors per o/c 3-11-11
RE PROP# 20　Trustee authorized to sell estate's interest to debtors per o/c 3-11-11
RE PROP# 21　Trustee authorized to sell estate's interest to debtors per o/c 3-11-11
RE PROP# 22　Trustee authorized to sell estate's interest to debtors per o/c 3-11-11
RE PROP# 23　Trustee authorized to sell estate's interest to debtors per o/c 3-11-11
RE PROP# 24　Trustee authorized to sell estate's interest to debtors per o/c 3-11-11

**Major Activities Affecting Case Closing:**

　Trustee collecting installment payments for sale of non-exempt personal property

Initial Projected Date Of Final Report (TFR):　June 30, 2012　　　　Current Projected Date Of Final Report (TFR):　June 30, 2012

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-52771 | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | STOCKLEN, STEPHEN M. | Bank Name: | The Bank of New York Mellon |
| | STOCKLEN, MARY L. | Account: | 9200-******55-65 - Checking Account |
| Taxpayer ID #: | **-***8733 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/10/12 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/11 | {21} | STEPHEN & MARY STOCKLEN | Initial payment for non-exempt personal property, per o/c 3-10-11 | 1129-000 | 9,235.00 | | 9,235.00 |
| 05/11/11 | | STEPHEN & MARY STOCKLEN | Initial payment for non-exempt personal property, per o/c 3-10-11 | | 9,325.00 | | 18,560.00 |
| | {21} | | 9,100.00 | 1129-000 | | | 18,560.00 |
| | {24} | | 225.00 | 1129-000 | | | 18,560.00 |
| 05/11/11 | {21} | STEPHEN & MARY STOCKLEN | Reversed Deposit 100001 1 Initial payment for non-exempt personal property, per o/c 3-10-11 | 1129-000 | -9,235.00 | | 9,325.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 9,325.05 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,325.12 |
| 07/05/11 | {19} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 10,102.20 |
| 07/22/11 | {19} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 10,879.28 |
| 07/22/11 | | STEPHEN STOCKLEN | Installment payment | | 777.08 | | 11,656.36 |
| | {19} | | 545.84 | 1129-000 | | | 11,656.36 |
| | {24} | | 231.24 | 1129-000 | | | 11,656.36 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 11,656.43 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.53 | 11,636.90 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,636.98 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.10 | 11,609.88 |
| 09/22/11 | {20} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 12,386.96 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.80 | 12,387.76 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,387.84 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,362.84 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,362.92 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,337.92 |
| 11/16/11 | | MARY STOCKLEN | Installment payments | | 1,554.16 | | 13,892.08 |
| | {20} | | 1,355.92 | 1129-000 | | | 13,892.08 |
| | {24} | | 198.24 | 1129-000 | | | 13,892.08 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,892.17 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.32 | 13,863.85 |
| 12/30/11 | {24} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 14,640.93 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,641.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.48 | 14,612.55 |
| 01/23/12 | {24} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 15,389.63 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,389.74 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.05 | 15,357.69 |

Subtotals : $15,542.37   $184.68

{} Asset reference(s)

Printed: 05/10/2012 09:16 AM   V.13.02

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 10-52771  
Case Name: STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
Taxpayer ID #: **-***8733  
Period Ending: 05/10/12  

Trustee: RICHARD M. FOGEL (330720)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******55-65 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/12 | {24} | STEPHEN STOCKLEN | Reversed Deposit 100008 1 Installment payment | 1129-000 | -777.08 | | 14,580.61 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 12.50 | 14,568.11 |
| 02/14/12 | {24} | MARY STOCKLEN | Installment payment (to replace NSF) | 1129-000 | 778.00 | | 15,346.11 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.61 | 15,316.50 |
| 03/07/12 | {23} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 16,093.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.49 | 16,061.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.81 | 16,029.28 |
| 05/08/12 | | STEPHEN STOCKLEN | Final payment | | 2,331.24 | | 18,360.52 |
| | {22} | | 2,000.00 | 1129-000 | | | 18,360.52 |
| | {23} | | 200.00 | 1129-000 | | | 18,360.52 |
| | {24} | | 131.24 | 1129-000 | | | 18,360.52 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 18,651.61 | 291.09 | $18,360.52 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 18,651.61 | 291.09 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $18,651.61 | $291.09 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******55-65 | 18,651.61 | 291.09 | 18,360.52 |
| | $18,651.61 | $291.09 | $18,360.52 |

{} Asset reference(s)

Printed: 05/10/2012 09:16 AM   V.13.02

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-52771
Case Name: STOCKLEN, STEPHEN M.
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 18,360.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,360.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,615.16 | 0.00 | 2,615.16 |

Total to be paid for chapter 7 administration expenses: $ 2,615.16
Remaining balance: $ 15,745.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,745.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,328.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 8,328.00 | 0.00 | 8,328.00 |

Total to be paid for priority claims: $ 8,328.00
Remaining balance: $ 7,417.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (05/1/2011)

Timely claims of general (unsecured) creditors totaling $ 271,658.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBS Citizens | 10,664.33 | 0.00 | 291.19 |
| 2U | Department of the Treasury | 1,542.00 | 0.00 | 42.10 |
| 3 | Office Depot | 1,110.62 | 0.00 | 30.32 |
| 4 | Capital One Bank (USA), N.A. | 2,142.13 | 0.00 | 58.49 |
| 5 | Capital One Bank (USA), N.A. | 8,467.83 | 0.00 | 231.21 |
| 6 | Capital One Bank (USA), N.A. | 9,966.92 | 0.00 | 272.14 |
| 7 | Chase Bank USA, NA | 4,991.00 | 0.00 | 136.27 |
| 8 | PYOD LLC as assignee of Citibank | 24,593.06 | 0.00 | 671.49 |
| 9 | Chase Bank USA, N.A | 678.66 | 0.00 | 18.53 |
| 10 | Park of River Oaks Condo Assn. 1B | 8,760.67 | 0.00 | 239.20 |
| 11 | American Express Bank, FSB | 10,087.58 | 0.00 | 275.43 |
| 12 | American Express Bank, FSB | 32,564.69 | 0.00 | 889.14 |
| 13 | US Department of Education | 8,493.88 | 0.00 | 231.92 |
| 14 | US Department of Education | 30,993.43 | 0.00 | 846.24 |
| 15 | US Department of Education | 32,904.88 | 0.00 | 898.43 |
| 16 | US Bank N.A. | 8,213.57 | 0.00 | 224.26 |
| 17 | GE Money Bank | 4,790.88 | 0.00 | 130.81 |
| 18 | PNC BANK | 5,224.81 | 0.00 | 142.66 |
| 19 | Capital Recovery IV LLC | 657.46 | 0.00 | 17.95 |
| 20 | FIA Card Services, NA/Bank of America | 32,535.38 | 0.00 | 888.34 |
| 21 | FIA Card Services, NA/Bank of America | 32,275.14 | 0.00 | 881.24 |

Total to be paid for timely general unsecured claims:    $    7,417.36
Remaining balance:    $    0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**