UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re: ) Case No. 10-52771
)
STOCKLEN, STEPHEN M. )
STOCKLEN, MARY L. )
AMERICORP MORTGAGE )
)
)
Debtor(s) )

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 12, 2012 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: June 12, 2012                By: /s/ Richard M. Fogel
                                           Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: STOCKLEN, STEPHEN M. § Case No. 10-52771
STOCKLEN, MARY L. §
AMERICORP MORTGAGE §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 18,651.61

*and approved disbursements of*          $ 291.09

*leaving a balance on hand of* [1]       $ 18,360.52

**Balance on hand:**                     $ 18,360.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:                       $ 18,360.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,615.16 | 0.00 | 2,615.16 |

Total to be paid for chapter 7 administration expenses:   $ 2,615.16
Remaining balance:                                        $ 15,745.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:                                            $ 15,745.36

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,328.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 8,328.00 | 0.00 | 8,328.00 |

Total to be paid for priority claims:   $   8,328.00
Remaining balance:   $   7,417.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 271,658.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBS Citizens | 10,664.33 | 0.00 | 291.19 |
| 2U | Department of the Treasury | 1,542.00 | 0.00 | 42.10 |
| 3 | Office Depot | 1,110.62 | 0.00 | 30.32 |
| 4 | Capital One Bank (USA), N.A. | 2,142.13 | 0.00 | 58.49 |
| 5 | Capital One Bank (USA), N.A. | 8,467.83 | 0.00 | 231.21 |
| 6 | Capital One Bank (USA), N.A. | 9,966.92 | 0.00 | 272.14 |
| 7 | Chase Bank USA, NA | 4,991.00 | 0.00 | 136.27 |
| 8 | PYOD LLC as assignee of Citibank | 24,593.06 | 0.00 | 671.49 |
| 9 | Chase Bank USA, N.A | 678.66 | 0.00 | 18.53 |
| 10 | Park of River Oaks Condo Assn. 1B | 8,760.67 | 0.00 | 239.20 |
| 11 | American Express Bank, FSB | 10,087.58 | 0.00 | 275.43 |
| 12 | American Express Bank, FSB | 32,564.69 | 0.00 | 889.14 |
| 13 | US Department of Education | 8,493.88 | 0.00 | 231.92 |
| 14 | US Department of Education | 30,993.43 | 0.00 | 846.24 |
| 15 | US Department of Education | 32,904.88 | 0.00 | 898.43 |
| 16 | US Bank N.A. | 8,213.57 | 0.00 | 224.26 |
| 17 | GE Money Bank | 4,790.88 | 0.00 | 130.81 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 18 | PNC BANK | 5,224.81 | 0.00 | 142.66 |
| 19 | Capital Recovery IV LLC | 657.46 | 0.00 | 17.95 |
| 20 | FIA Card Services, NA/Bank of America | 32,535.38 | 0.00 | 888.34 |
| 21 | FIA Card Services, NA/Bank of America | 32,275.14 | 0.00 | 881.24 |

Total to be paid for timely general unsecured claims:    $    7,417.36
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:    $    0.00
Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 10-52771-CAD
Stephen M. Stocklen                                             Chapter 7
Mary L. Stocklen
      Debtors
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams               Page 1 of 3                   Date Rcvd: Jun 12, 2012
                              Form ID: pdf006               Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2012.
db/jdb       +Stephen M. Stocklen,   Mary L. Stocklen,   13753 S. LeClaire Ave.,   Crestwood, IL 60445-1723
16475966     +American Collection Syst.,    407 S. 21st St.,   P.O. Box 1289,   Laramie, WY 82073-1289
16475968      American Express,   c/o United Recovery Systems,   P.O. Box 722929,   Houston, TX 77272-2929
16475967     +American Express,   c/o Zwicker & Assoc.,   7366 N. Lincoln Ave. Suite 404,
               Lincolnwood, IL 60712-1741
16965886      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16475969      Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
16475972      Bank of America Business Card,   P.O. Box 15710,   Wilmington, DE 19886-5710
18332084     +Bankrate, Inc.,   c/o Teller, Levit & Silvertrust,   11 E. Adams St., 8th Fl.,
               Chicago, IL 60603-6324
16475973     +Blatt, Hasenmiller, Leibsker, et al,   125 S. Wacker Dr.,   Suite 400,   Chicago, IL 60606-4440
16475974     +Blitt and Gaines PC,   661 Glenn Ave.,   Wheeling, IL 60090-6017
16475975      Capital One,   Bankruptcy Dept.,   P.O. Box 71083,   Charlotte, NC 28272-1083
16475976     +Capital One Bank,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
16812801      Chase Bank USA, NA,   PO Box 15145,   Wilmington, DE 19850-5145
16917175     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16475977      Chase Card Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
16475980      Citibank South Dakota,   c/o Blatt Hasenmiller Leibsker,   125 S. Wacker Dr., Suite 400,
               Chicago, IL 60606-4440
16475979      Citibank South Dakota,   P.O. Box 469100,   Escondido, CA 92046-9100
17398775     +Citibank South Dakota NA,   Payment Center,   4740 121st St,   Urbandale, IA 50323-2402
17622196     +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
16475981     +Codilis & Associates,   15 W 030 Frontage Rd.,   Suite 100,   Burr Ridge, IL 60527-6921
16475983      Direct Loan Service System,   P.O. Box 5609,   Greenville, TX 75403-5609
16475984      Dish Network,   c/o GC Services,   6330 Gulfton St.,   Houston, TX 77081-1108
16475985     +Echelon Recovery Inc.,   P.O. Box 1880,   Voorhees, NJ 08043-7880
16475986      Financial Asset Management Syst.,   P.O. Box 451409,   Atlanta, GA 31145-9409
16475987      Firstsource Advantage,   P.O. Box 628,   Buffalo, NY 14240-0628
16475988      GEMB/J C Penney,   c/o Baker & Miller,   29 N. Wacker Dr. Suite 500,   Chicago, IL 60606-2854
16475990     +Harris & Harris Ltd,   222 Merchandise Mart Plaza #1900,   Chicago, IL 60654-1421
16475993     +Jaros, Tittle & O'Toole,   20 N. Clark St,   Ste. 510,   Chicago, IL 60602-4364
16475995     +Kroll Factual Data,   5200 Hahns Peak Drive,   Loveland, CO 80538-8853
16475996     +Loyola Univ. Health Sys.,   2160 S. First Ave.,   Maywood, IL 60153-5500
16475998     +Loyola University Medical Center,   c/o Nationwide Credit & Collection,
               815 Commerce Dr., Suite 100,   Oak Brook, IL 60523-8839
16475997      Loyola University Medical Center,   P.O. Box 95994,   Chicago, IL 60694-5994
16475999      Loyola University Physicians Fdtn,   c/o Illinois Collection Service,   P.O. Box 1010,
               Tinley Park, IL 60477-9110
16476000    #+Nationwide Credit & Collection,   815 Commerce Dr., Suite 100,   Oak Brook, IL 60523-8839
16788951     +Office Depot,   6600 N Military Trail -S413G,   Boca Raton, FL 33496-2434
16476002      Orland Fire Protection District,   c/o ICS Collection Service,   P.O. Box 1010,
               Tinley Park, IL 60477-9110
17167087     +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
16476006      PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
16476003      Palos Community Hospital,   P.O. Box 4049,   Carol Stream, IL 60197-4049
16476004     +Palos Community Hospital,   c/o Harris & Harris, Ltd.,   222 Merchandise Mart Plaza #1900,
               Chicago, IL 60654-1421
16476007      Poronsky Family Practice Ltd.,   P.O. Box 690,   Palos Heights, IL 60463-0690
16780984     +RBS Citizens,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
16476009      RBS Citizens/Charter One,   P.O. Box 42002,   Providence, RI 02940-2002
16476008    #+Radiology & Nuclear Consultant,   7808 College Dr. 1SE,   Palos Heights, IL 60463-1095
16476010     +Royal Bank of Scotland NB,   1000 Lafayette Blvd.,   Bridgeport, CT 06604-4725
16476012      Southwest Hospitals MRI,   c/o ICS,   P.O. Box 1010,   Tinley Park, IL 60477-9110
16476013      Southwest Radiologists,   c/o Illinois Collection Service,   P.O. Box 1010,
               Tinley Park, IL 60477-9110
16476015      The Palos Medical Group,   12251 S. 80th Ave.,   Palos Heights, IL 60463-1256
16476014     +Thomas Stocklen,   4251 N. Scenic Dr.,   Honor, MI 49640-9700
16476016    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
17041570      US Department of Education,   Direct Loan SVC,   PO Box 5609,   Greenville, TX 75403-5609
16476017      Wells Fargo,   Payment Remittance Center,   P.O. Box 54349,   Los Angeles, CA 90054-0349
16476018      Wells Fargo Home Mortgage,   P.O. Box 5296,   Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16800599      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:09   Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
17181021      E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2012 02:37:53   Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16475982     +E-mail/Text: administration@collectcorp.com Jun 13 2012 01:06:03   Collectcorp Corp.,
               455 N. 3rd St. Suite 260,   Phoenix, AZ 85004-0630
16475992      E-mail/Text: cio.bncmail@irs.gov Jun 13 2012 00:50:34   Department of the Treasury,
               Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                   Date Rcvd: Jun 12, 2012
                               Form ID: pdf006              Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17183538       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:08
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
17165970       E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2012 02:37:53       GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16475989       E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2012 02:37:53       GEMB/Sam's Club,    P.O. Box 530942,
               Atlanta, GA 30353-0942
16475994       E-mail/Text: bnckohlsnotices@becket-lee.com Jun 13 2012 00:53:15       Kohl's Payment Center,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
16476001      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 13 2012 01:07:58       NCO Financial Systems,
               P.O. Box 4906,    Bankruptcy Dept.,    Trenton, NJ 08650-4906
16905150      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 13 2012 00:52:23
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16476005      +E-mail/Text: ndaily@ksnlaw.com Jun 13 2012 01:05:58       Park of River Oaks Condo Assn. 1B,
               c/o Kovitz Shifrin Nesbit,    750 W. Lake Cook Rd., Suite 350,    Buffalo Grove, IL 60089-2088
16476011       E-mail/Text: Bankruptcy@icsystem.com Jun 13 2012 01:07:00       Southwest Dermatology-Orland,
               c/o I.C. System, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17001502*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16475991*     +Harris & Harris Ltd.,    222 Merchandise Mart Plaza #1900,    Chicago, IL 60654-1421
17125153*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank N.A.,    PO Box 5229,    Cincinnati, OH 45201)
16475971     ##Bank of America,    P.O. Box 15184,    Wilmington, DE 19850-5184
16475970     ##+Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
16475978     ##+Chase Card Services,    P.O. Box 2001,    Elgin, IL 60121-2001
                                                                                   TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams           Page 3 of 3              Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2012 at the address(es) listed below:
              Joel P Fonferko    on behalf of Creditor   Wells Fargo Bank, NA ND-Two@il.cslegal.com
              Monette W Cope    on behalf of Creditor   Charter One, a division of RBS Citizens, N.A.
               ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    rfogel@shawgussis.com,    IL72@ecfcbis.com
              Robert N Honig    on behalf of Debtor Stephen Stocklen rnhonig@suburbanbankruptcy.com
              Ronald J. Kapustka    on behalf of Creditor   Park of River Oaks Condominium Association 1B
               ndaily@ksnlaw.com
                                                                                             TOTAL: 6