**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: STOCKLEN, STEPHEN M. | § | Case No. 10-52771 |
| STOCKLEN, MARY L. | § | |
| AMERICORP MORTGAGE | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $362,644.37          Assets Exempt: $44,999.51
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,745.36       Claims Discharged
                                                  Without Payment: $381,412.52

Total Expenses of Administration: $2,906.25

3) Total gross receipts of $ 18,651.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,651.61 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $380,454.97 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,906.25 | 2,906.25 | 2,906.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,000.00 | 8,328.00 | 678.86 | 678.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 394,758.35 | 271,658.92 | 270,116.92 | 15,066.50 |
| **TOTAL DISBURSEMENTS** | $784,213.32 | $282,893.17 | $273,702.03 | $18,651.61 |

4) This case was originally filed under Chapter 7 on November 29, 2010. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2012          By: /s/RICHARD M. FOGEL
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Audi A6 Sedan 93,000 miles | 1129-000 | 2,100.00 |
| 2005 Ford F150 85,850 miles | 1129-000 | 2,133.00 |
| 2005 Toyota Sienna 85,000 miles | 1129-000 | 9,100.00 |
| 2009 KX 250 F Motorcycle | 1129-000 | 2,000.00 |
| 16-foot trailer | 1129-000 | 977.08 |
| 1994 Checkmate Pulsare 21-foot bowrider w/ 1994 | 1129-000 | 2,340.80 |
| Interest Income | 1270-000 | 0.73 |
| **TOTAL GROSS RECEIPTS** | | **$18,651.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | RBS Citizens/Charter One | 4110-000 | 227,120.77 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Stocklen | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 113,334.20 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$380,454.97** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,615.16 | 2,615.16 | 2,615.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 19.53 | 19.53 | 19.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.30 | 26.30 | 26.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.32 | 28.32 | 28.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.48 | 28.48 | 28.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.05 | 32.05 | 32.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.50 | 12.50 | 12.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.61 | 29.61 | 29.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.49 | 32.49 | 32.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.81 | 31.81 | 31.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,906.25 | $2,906.25 | $2,906.25 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury | 5800-000 | 9,000.00 | 8,328.00 | 678.86 | 678.86 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $9,000.00 | $8,328.00 | $678.86 | $678.86 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RBS Citizens | 7100-000 | 10,664.00 | 10,664.33 | 10,664.33 | 594.84 |
| 2U | Department of the Treasury | 7100-000 | N/A | 1,542.00 | 0.00 | 0.00 |
| 3 | Office Depot | 7100-000 | 844.00 | 1,110.62 | 1,110.62 | 61.96 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 1,962.00 | 2,142.13 | 2,142.13 | 119.48 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 8,226.00 | 8,467.83 | 8,467.83 | 472.32 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 9,765.64 | 9,966.92 | 9,966.92 | 555.93 |
| 7 | Chase Bank USA, NA | 7100-000 | 5,194.66 | 4,991.00 | 4,991.00 | 278.39 |
| 8 | PYOD LLC as assignee of Citibank | 7100-000 | 25,223.99 | 24,593.06 | 24,593.06 | 1,371.74 |
| 9 | Chase Bank USA,N.A | 7100-000 | 592.31 | 678.66 | 678.66 | 37.85 |
| 10 | Park of River Oaks Condo Assn. 1B | 7100-000 | 5,328.91 | 8,760.67 | 8,760.67 | 488.65 |
| 11 | American Express Bank, FSB | 7100-000 | 26,227.58 | 10,087.58 | 10,087.58 | 562.66 |
| 12 | American Express Bank, FSB | 7100-000 | 32,597.10 | 32,564.69 | 32,564.69 | 1,816.38 |
| 13 | US Department of Education | 7100-000 | 8,493.88 | 8,493.88 | 8,493.88 | 473.77 |
| 14 | US Department of Education | 7100-000 | 17,944.24 | 30,993.43 | 30,993.43 | 1,728.74 |
| 15 | US Department of Education | 7100-000 | 32,904.88 | 32,904.88 | 32,904.88 | 1,835.36 |
| 16 | US Bank N.A. | 7100-000 | 7,320.77 | 8,213.57 | 8,213.57 | 458.13 |
| 17 | GE Money Bank | 7100-000 | 4,688.57 | 4,790.88 | 4,790.88 | 267.22 |
| 18 | PNC BANK | 7100-000 | 5,138.41 | 5,224.81 | 5,224.81 | 291.43 |
| 19 | Capital Recovery IV LLC | 7100-000 | 469.31 | 657.46 | 657.46 | 36.67 |
| 20 | FIA Card Services, NA/Bank of America | 7100-000 | 32,535.00 | 32,535.38 | 32,535.38 | 1,814.75 |
| 21 | FIA Card Services, NA/Bank of America | 7100-000 | 32,275.00 | 32,275.14 | 32,275.14 | 1,800.23 |
| NOTFILED | Loyola University Medical Center | 7100-000 | 193.70 | N/A | N/A | 0.00 |
| NOTFILED | Loyola University Medical Center c/o Nationwide Credit | 7100-000 | 371.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola Univ. Health Sys. | 7100-000 | 357.20 | N/A | N/A | 0.00 |
| NOTFILED | Loyola University Physicians Fdtn c/o Illinois Collection | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kroll Factual Data | 7100-000 | 844.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 4,081.57 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network c/o GC Services | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank South Dakota | 7100-000 | 7,576.05 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Orland Fire Protection District c/o ICS Collection | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital | 7100-000 | 95.45 | N/A | N/A | 0.00 |
| NOTFILED | The Palos Medical Group | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Radiologists c/o Illinois Collection Service | 7100-000 | 19.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Payment Remittance Center | 7100-000 | 44,309.36 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Hospitals MRI c/o ICS | 7100-000 | 135.60 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Dermatology-Orland c/o I.C. System, Inc. | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital | 7100-000 | 170.21 | N/A | N/A | 0.00 |
| NOTFILED | Palos Community Hospital c/o Harris & Harris, Ltd. | 7100-000 | 836.21 | N/A | N/A | 0.00 |
| NOTFILED | Poronsky Family Practice Ltd. | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 15,009.16 | N/A | N/A | 0.00 |
| NOTFILED | Radiology & Nuclear Consultant | 7100-000 | 3.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,293.97 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 33,221.36 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Card | 7100-000 | 3,911.26 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $394,758.35 | $271,658.92 | $270,116.92 | $15,066.50 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-52771  
**Case Name:** STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
**Period Ending:** 11/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/25/11  
**Claims Bar Date:** 04/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single Family Residence commonly known as 13753<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 298,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Condominium commonly known as 200 Park Ave. #228<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on Hand (approximate)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business Checking Account -2951 First Midwest Ba<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,088.19 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Account -8985 First Midwest Bank Balanc<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 355.75 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account -7112 First Midwest Bank Balanc<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 322.32 | 0.00 | DA | 0.00 | FA |
| 7 | Savings Account -8002 First Midwest Bank Balance<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1/2 interest in Checking Account -3006 Standard<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1.86 | 1.86 | DA | 0.00 | FA |
| 9 | Checking Acct. -4000 Standard Bank Balance is ap<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 116.25 | 0.00 | DA | 0.00 | FA |
| 10 | Checking Account -9000 Standard Bank Balance is<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Business Checking Account - 3000 Standard Bank B<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52771  
**Case Name:** STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
**Period Ending:** 11/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/25/11  
**Claims Bar Date:** 04/28/11

| **1** Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | **2** Petition/ Unscheduled Values | **3** Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **4** Property Abandoned OA=§554(a) DA=§554(c) | **5** Sale/Funds Received by the Estate | **6** Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 12 Usual and typical household goods and furnishing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 600.00 | DA | 0.00 | FA |
| 13 Collection of LPs<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 350.00 | DA | 0.00 | FA |
| 14 Usual and typical wearing apparel<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 Baby grand piano<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 100.00 | DA | 0.00 | FA |
| 16 $500,000 term life insurance through New York Li<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 Group Term Life Insurance through work<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 100% of Americorp Mortgage Funding, Inc. Dissolv<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 2002 Audi A6 Sedan 93,000 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 8,325.00 | 3,000.00 | | 2,100.00 | FA |
| 20 2005 Ford F150 85,850 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 15,660.00 | 2,133.00 | DA | 2,133.00 | FA |
| 21 2005 Toyota Sienna 85,000 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 11,450.00 | 13,000.00 | | 9,100.00 | FA |
| 22 2009 KX 250 F Motorcycle<br>  Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 3,000.00 | 3,000.00 | | 2,000.00 | FA |
| 23 16-foot trailer | 2,000.00 | 2,000.00 | | 977.08 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52771  
**Case Name:** STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
**Period Ending:** 11/01/12  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 01/25/11  
**Claims Bar Date:** 04/28/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | | | | | |
| 24 | 1994 Checkmate Pulsare 21-foot bowrider w/ 1994<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 3,500.00 | 3,500.00 | | 2,340.80 | FA |
| 25 | office furniture, computers, etc.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2 dogs named "Molly" and "Ralphie"<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.73 | FA |
| 27 | **Assets Totals** (Excluding unknown values) | **$390,919.37** | **$27,684.86** | | **$18,651.61** | **$0.00** |

RE PROP# 19    Trustee authorized to sell estate's interest to debtors per o/c 3-11-11  
RE PROP# 20    Trustee authorized to sell estate's interest to debtors per o/c 3-11-11  
RE PROP# 21    Trustee authorized to sell estate's interest to debtors per o/c 3-11-11  
RE PROP# 22    Trustee authorized to sell estate's interest to debtors per o/c 3-11-11  
RE PROP# 23    Trustee authorized to sell estate's interest to debtors per o/c 3-11-11  
RE PROP# 24    Trustee authorized to sell estate's interest to debtors per o/c 3-11-11  

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012    **Current Projected Date Of Final Report (TFR):**    June 11, 2012  (Actual)

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-52771 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | STOCKLEN, STEPHEN M. | | Bank Name: | The Bank of New York Mellon |
| | STOCKLEN, MARY L. | | Account: | 9200-******55-65 - Checking Account |
| Taxpayer ID #: | **-***8733 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/11/11 | {21} | STEPHEN & MARY STOCKLEN | Initial payment for non-exempt personal property, per o/c 3-10-11 | 1129-000 | 9,235.00 | | 9,235.00 |
| 05/11/11 | | STEPHEN & MARY STOCKLEN | Initial payment for non-exempt personal property, per o/c 3-10-11 | | 9,325.00 | | 18,560.00 |
| | {21} | | 9,100.00 | 1129-000 | | | 18,560.00 |
| | {24} | | 225.00 | 1129-000 | | | 18,560.00 |
| 05/11/11 | {21} | STEPHEN & MARY STOCKLEN | Reversed Deposit 100001 1 Initial payment for non-exempt personal property, per o/c 3-10-11 | 1129-000 | -9,235.00 | | 9,325.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 9,325.05 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,325.12 |
| 07/05/11 | {19} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 10,102.20 |
| 07/22/11 | {19} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 10,879.28 |
| 07/22/11 | | STEPHEN STOCKLEN | Installment payment | | 777.08 | | 11,656.36 |
| | {19} | | 545.84 | 1129-000 | | | 11,656.36 |
| | {24} | | 231.24 | 1129-000 | | | 11,656.36 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 11,656.43 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.53 | 11,636.90 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,636.98 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.10 | 11,609.88 |
| 09/22/11 | {20} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 12,386.96 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.80 | 12,387.76 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,387.84 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,362.84 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,362.92 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,337.92 |
| 11/16/11 | | MARY STOCKLEN | Installment payments | | 1,554.16 | | 13,892.08 |
| | {20} | | 1,355.92 | 1129-000 | | | 13,892.08 |
| | {24} | | 198.24 | 1129-000 | | | 13,892.08 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,892.17 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.32 | 13,863.85 |
| 12/30/11 | {24} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 14,640.93 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,641.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.48 | 14,612.55 |
| 01/23/12 | {24} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 15,389.63 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,389.74 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.05 | 15,357.69 |

Subtotals :   $15,542.37   $184.68

{} Asset reference(s)

Printed: 11/01/2012 07:00 AM    V.13.04

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-52771  
**Case Name:** STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
**Taxpayer ID #:** **-***8733  
**Period Ending:** 11/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/01/12 | {24} | STEPHEN STOCKLEN | Reversed Deposit 100008 1 Installment payment | 1129-000 | -777.08 | | 14,580.61 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 12.50 | 14,568.11 |
| 02/14/12 | {24} | MARY STOCKLEN | Installment payment (to replace NSF) | 1129-000 | 778.00 | | 15,346.11 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.61 | 15,316.50 |
| 03/07/12 | {23} | STEPHEN STOCKLEN | Installment payment | 1129-000 | 777.08 | | 16,093.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.49 | 16,061.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.81 | 16,029.28 |
| 05/08/12 | | STEPHEN STOCKLEN | Final payment | | 2,331.24 | | 18,360.52 |
| | {22} | | | 2,000.00 | 1129-000 | | 18,360.52 |
| | {23} | | | 200.00 | 1129-000 | | 18,360.52 |
| | {24} | | | 131.24 | 1129-000 | | 18,360.52 |
| 07/12/12 | 1002 | RICHARD M. FOGEL | Dividend paid 100.00% on $2,615.16, Trustee Compensation;  Reference: | 2100-000 | | 2,615.16 | 15,745.36 |
| 07/12/12 | 1003 | Department of the Treasury | 100.00% dividend on Claim # 2P, Ref: | 5800-000 | | 8,328.00 | 7,417.36 |
| 07/12/12 | 1004 | RBS Citizens | 2.73% dividend on Claim # 1, Ref: 8718 | 7100-000 | | 291.19 | 7,126.17 |
| 07/12/12 | 1005 | Department of the Treasury | 2.73% dividend on Claim # 2U, Ref: Voided on 07/23/12 | 7100-000 | | 42.10 | 7,084.07 |
| 07/12/12 | 1006 | Office Depot | 2.73% dividend on Claim # 3, Ref: 1501IN0008 | 7100-000 | | 30.32 | 7,053.75 |
| 07/12/12 | 1007 | Capital One Bank (USA), N.A. | 2.73% dividend on Claim # 4, Ref: 3901 | 7100-000 | | 58.49 | 6,995.26 |
| 07/12/12 | 1008 | Capital One Bank (USA), N.A. | 2.73% dividend on Claim # 5, Ref: 9298 | 7100-000 | | 231.21 | 6,764.05 |
| 07/12/12 | 1009 | Capital One Bank (USA), N.A. | 2.73% dividend on Claim # 6, Ref: 6036 | 7100-000 | | 272.14 | 6,491.91 |
| 07/12/12 | 1010 | Chase Bank USA, NA | 2.73% dividend on Claim # 7, Ref: 6404 | 7100-000 | | 136.27 | 6,355.64 |
| 07/12/12 | 1011 | PYOD LLC as assignee of  Citibank | 2.73% dividend on Claim # 8, Ref: 8025/09 M1 210378 | 7100-000 | | 671.49 | 5,684.15 |
| 07/12/12 | 1012 | Chase Bank USA,N.A | 2.73% dividend on Claim # 9, Ref: 256 | 7100-000 | | 18.53 | 5,665.62 |
| 07/12/12 | 1013 | Park of River Oaks Condo Assn. 1B | 2.73% dividend on Claim # 10, Ref: 10M1713195/ | 7100-000 | | 239.20 | 5,426.42 |
| 07/12/12 | 1014 | American Express Bank, FSB | 2.73% dividend on Claim # 11, Ref: 4263/12040286 | 7100-000 | | 275.43 | 5,150.99 |
| 07/12/12 | 1015 | American Express Bank, FSB | 2.73% dividend on Claim # 12, Ref: 09 M2 1268 | 7100-000 | | 889.14 | 4,261.85 |
| 07/12/12 | 1016 | US Department of Education | 2.73% dividend on Claim # 13, Ref: 8025 | 7100-000 | | 231.92 | 4,029.93 |
| 07/12/12 | 1017 | US Department of Education | 2.73% dividend on Claim # 14, Ref: 8025 | 7100-000 | | 846.24 | 3,183.69 |
| 07/12/12 | 1018 | US Department of Education | 2.73% dividend on Claim # 15, Ref: 8025 | 7100-000 | | 898.43 | 2,285.26 |
| 07/12/12 | 1019 | US Bank N.A. | 2.73% dividend on Claim # 16, Ref: 2616 | 7100-000 | | 224.26 | 2,061.00 |
| 07/12/12 | 1020 | GE Money Bank | 2.73% dividend on Claim # 17, Ref: 10 M1 | 7100-000 | | 130.81 | 1,930.19 |

Subtotals :     $3,109.24     $16,536.74

{} Asset reference(s)

Printed: 11/01/2012 07:00 AM     V.13.04

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-52771  
**Case Name:** STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
**Taxpayer ID #:** **-***8733  
**Period Ending:** 11/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 123199 | | | | |
| 07/12/12 | 1021 | PNC BANK | 2.73% dividend on Claim # 18, Ref: 0187 | 7100-000 | | 142.66 | 1,787.53 |
| 07/12/12 | 1022 | Capital Recovery IV LLC | 2.73% dividend on Claim # 19, Ref: 4092 | 7100-000 | | 17.95 | 1,769.58 |
| 07/12/12 | 1023 | FIA Card Services, NA/Bank of America | 2.73% dividend on Claim # 20, Ref: 1218 | 7100-000 | | 888.34 | 881.24 |
| 07/12/12 | 1024 | FIA Card Services, NA/Bank of America | 2.73% dividend on Claim # 21, Ref: 4496 | 7100-000 | | 881.24 | 0.00 |
| 07/23/12 | 1005 | Department of the Treasury | 2.73% dividend on Claim # 2U, Ref: Voided: check issued on 07/12/12 | 7100-000 | | -42.10 | 42.10 |
| 08/21/12 | 1025 | Clerk of the U.S. Bankruptcy Court | Unclaimed dividend- claim #2U Voided on 08/27/12 | 7100-000 | | 42.10 | 0.00 |
| 08/27/12 | 1025 | Clerk of the U.S. Bankruptcy Court | Unclaimed dividend- claim #2U Voided: check issued on 08/21/12 | 7100-000 | | -42.10 | 42.10 |
| 09/14/12 | | Department of the Treasury | Refund of dividend for priority claim- 2P | 5800-000 | | -7,649.14 | 7,691.24 |
| 09/19/12 | 1026 | RBS Citizens | 5.57% dividend on Claim # 1, Ref: 8718 | 7100-000 | | 303.65 | 7,387.59 |
| 09/19/12 | 1027 | Office Depot | 5.57% dividend on Claim # 3, Ref: 1501IN0008 | 7100-000 | | 31.64 | 7,355.95 |
| 09/19/12 | 1028 | Capital One Bank (USA), N.A. | 5.57% dividend on Claim # 4, Ref: 3901 | 7100-000 | | 60.99 | 7,294.96 |
| 09/19/12 | 1029 | Capital One Bank (USA), N.A. | 5.57% dividend on Claim # 5, Ref: 9298 | 7100-000 | | 241.11 | 7,053.85 |
| 09/19/12 | 1030 | Capital One Bank (USA), N.A. | 5.57% dividend on Claim # 6, Ref: 6036 | 7100-000 | | 283.79 | 6,770.06 |
| 09/19/12 | 1031 | Chase Bank USA, NA | 5.57% dividend on Claim # 7, Ref: 6404 | 7100-000 | | 142.12 | 6,627.94 |
| 09/19/12 | 1032 | PYOD LLC as assignee of Citibank | 5.57% dividend on Claim # 8, Ref: 8025/09 M1 210378 | 7100-000 | | 700.25 | 5,927.69 |
| 09/19/12 | 1033 | Chase Bank USA,N.A | 5.57% dividend on Claim # 9, Ref: 256 | 7100-000 | | 19.32 | 5,908.37 |
| 09/19/12 | 1034 | Park of River Oaks Condo Assn. 1B | 5.57% dividend on Claim # 10, Ref: 10M1713195/ | 7100-000 | | 249.45 | 5,658.92 |
| 09/19/12 | 1035 | American Express Bank, FSB | 5.57% dividend on Claim # 11, Ref: 4263/12040286 | 7100-000 | | 287.23 | 5,371.69 |
| 09/19/12 | 1036 | American Express Bank, FSB | 5.57% dividend on Claim # 12, Ref: 09 M2 1268 | 7100-000 | | 927.24 | 4,444.45 |
| 09/19/12 | 1037 | US Department of Education | 5.57% dividend on Claim # 13, Ref: 8025 | 7100-000 | | 241.85 | 4,202.60 |
| 09/19/12 | 1038 | US Department of Education | 5.57% dividend on Claim # 14, Ref: 8025 | 7100-000 | | 882.50 | 3,320.10 |
| 09/19/12 | 1039 | US Department of Education | 5.57% dividend on Claim # 15, Ref: 8025 | 7100-000 | | 936.93 | 2,383.17 |
| 09/19/12 | 1040 | US Bank N.A. | 5.57% dividend on Claim # 16, Ref: 2616 | 7100-000 | | 233.87 | 2,149.30 |
| 09/19/12 | 1041 | GE Money Bank | 5.57% dividend on Claim # 17, Ref: 10 M1 123199 | 7100-000 | | 136.41 | 2,012.89 |
| 09/19/12 | 1042 | PNC BANK | 5.57% dividend on Claim # 18, Ref: 0187 | 7100-000 | | 148.77 | 1,864.12 |
| 09/19/12 | 1043 | Capital Recovery IV LLC | 5.57% dividend on Claim # 19, Ref: 4092 | 7100-000 | | 18.72 | 1,845.40 |
| 09/19/12 | 1044 | FIA Card Services, NA/Bank of | 5.57% dividend on Claim # 20, Ref: 1218 | 7100-000 | | 926.41 | 918.99 |

Subtotals : $0.00 $1,011.20

{} Asset reference(s)

Printed: 11/01/2012 07:00 AM V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-52771  
**Case Name:** STOCKLEN, STEPHEN M.  
STOCKLEN, MARY L.  
**Taxpayer ID #:** **-***8733  
**Period Ending:** 11/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/12 | 1045 | FIA Card Services, NA/Bank of America | 5.57% dividend on Claim # 21, Ref: 4496 | 7100-000 | | 918.99 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 18,651.61 | 18,651.61 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,651.61 | 18,651.61 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,651.61** | **$18,651.61** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******55-65** | 18,651.61 | 18,651.61 | 0.00 |
| | **$18,651.61** | **$18,651.61** | **$0.00** |

{} Asset reference(s)

Printed: 11/01/2012 07:00 AM    V.13.04